

## NUMBER 13-10-00649-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**MICHAEL ARRISOLA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On Appeal from the 148th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Vela
### Memorandum Opinion Per Curiam

Appellant, Michael Arrisola, by and through his attorney, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be

entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.    *See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).

Delivered and filed the
6th day of January, 2011.